IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01832-MSK-MJW

DANIELA ESCUDERO CONTAG;
KEITH DALICK;
JULIE HART;
DAVID KHADEM, individually and as Natural Parent, Co-Conservator and Next Friend of EMMA KHADEM, and as Natural Parent, Co-Conservator and Next Friend of MINA KHADEM;
FRANCIS KHADEM, individually and as a Natural Parent, Co-Conservator and Next Friend of EMMA KHADEM, and as Natural Parent, Co-Conservator and Next Friend of MINA KHADEM;
EMMA KHADEM, a Minor;
MINA KHADEM, a Minor;
JARED MARTIN;
ROBERT MALLOY;
THUY NYUGEN;
LAURA RIVAS-VALERO;
JOLENE VARLEY;
CAREY MEGAN SCHARFENSTINE, individually and as Natural Mother, Conservator and Next Friend of GREYSON COLE SCHARFENSTINE, and as Natural Mother, Conservator and Next Friend of LLOYD COLIN SCHARFENSTINE;
LLOYD COLIN SCHARFENSTINE, a Minor;
GREYSON COLE SCHARFENSTINE, a Minor;
MICHAEL STEVENS;
GABRIEL TREJOS, individually and as Natural Father, Co-Conservator and Nex Friend of ELIJAH GABRIEL TREJOS;
MARIA TREJOS, individually and as Natural Mother, Co-Conservator and Next Friend of ELIJAH GABRIEL TREJOS;
ELIJAH GABRIE TREJOS, a Minor;
JAMES WARREN; and
JESSICA WARREN,

   Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

   Defendant.

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS**

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 20th day of July, 2011.

BY THE COURT:

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge