**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-01832-REB-BNB

DANIELA ESCUDERO CONTAG,
KEITH DALICK,
JULIE HART,
DAVID KHADEM, individually and as natural parent, co-conservator and next friend of
EMMA KHADEM, and as natural parent, co-conservator and next friend of MINA
KHADEM,
FRANCIS KAHDEM, individually and as natural parent, co-conservator and next friend
of EMMA KHADEM, and as natural parent, co-conservator and next friend of MINA
KHADEM,
EMMA KHADEM, a minor,
MINA KHADEM, a minor,
JARED MARTIN,
ROBERT MALLOY,
THUY NYUGEN,
LAURA RIVAS-VALERO,
CAREY MEGAN SCHARFENSTINE, individually and as natural mother, conservator
and next friend of GREYSON COLE SCHARFENSTINE, and as natural mother,
conservator and next friend of LLOYD COLIN SCHARFENSTINE,
LLOYD COLIN SCHARFENSTINE, a minor,
GREYSON COLE SCHARFENSTINE, a minor,
GABRIEL TREJOS, individually and as natural father, co-conservator and next friend of
ELIJAH GABRIEL TREJOS,
MARIA TREJOS,  individually and as natural mother, co-conservator and next friend of
ELIJAH GABRIEL TREJOS,
EJIJAH GABRIEL TREJOS, a minor,
JAMES WARREN, and
JESSICA WARREN,

     Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

     Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

The matter is before me on the **Stipulation To Dismiss With Prejudice** [#21][1]

filed July 10, 2013.  After reviewing the stipulation and the record, I conclude that the

stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation To Dismiss With Prejudice** [#21] filed July 10, 2013, is

**APPROVED**;

2.  That this action is **DISMISSED WITH PREJUDICE** with each party to bear its

own costs;

3.  That any pending motion is **DENIED** as moot; and

4.  That this action is now **CLOSED**.

Dated July 10, 2013, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.